IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTRY SYSTEMS, LLC,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. M-14-1090 |
| | § | |
| MERCEDES-BENZ USA, LLC,<br>　　Defendant. | §<br>§ | |

## **CONDITIONAL DISMISSAL ORDER**

The Court has been advised that the parties have reached an agreement in principle to settle this dispute.  Accordingly, it is hereby

**ORDERED** that the Joint Motion to Stay Deadlines [Doc. # 15] is **GRANTED** to the extent that this case is **DISMISSED without prejudice** to reinstatement of Plaintiff's claims if any party represents to the Court on or before **September 30, 2015**, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 5th day of **August, 2015**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE