IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ENTRY SYSTEMS, LLC, §
    Plaintiff, §
  §
v. § CIVIL ACTION NO. M-14-1090
  §
MERCEDES-BENZ USA, LLC, §
    Defendant. §

## DISMISSAL ORDER

It is hereby **ORDERED** that the parties' Stipulated Motion for Dismissal With Prejudice [Doc. # 17] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, expenses, and attorneys' fees.

SIGNED at Houston, Texas, this 15th day of **September, 2015**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE